IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE SOTO,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-567-slc

DALIA SULIENE, LILLIAN
TENEBRUSCO, CAPTAIN MORGAN,
JANEL NICKEL, STEVE HELGERSON,
C.O. HAAG and NURSE KIM CAMPBELL,

    Defendants.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dalia Suliene, Lillian Tenebrusco, Janel Nickel, Steve Helgerson and Nurse Kim Campbell granting their motion for summary judgment and dismissing them from this case.

By: *[signature]*, Deputy Clerk      2-8-13

Peter Oppeneer, Clerk of Court      Date